21cv6945
21cv6986

2021 SEP -9 PM 2:25
S.D. OF N.Y.

September 1, 2021

Clerk of The Court
U.S. District Court, S.D.N.Y.
500 Pearl Street New York, NY 10007

I write to follow-up on ~~three~~ two Actions I submitted to this court for filing but for which I have not received responses. Both were 42 U.S.C. §1983 complaints and were deposited in the mail between August 11, 2021 and August 13, 2021. Please advise. Both actions had as defendants Omar Malcolm, et. al.

Thank you,

Sharif King
SHARIF KING

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Smalle King  DIN: 18A4433

U.S. District Court S.D.N.Y.
Attn: Pro Se Clerk
500 Pearl Street
New York, NY 10007

Legal Mail

NEOPOST 09/03/2021
US POSTAGE $000.53
ZIP 12821
041M1283103
FIRST-CLASS MAIL

Great Meadow Correctional Facility