```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARIF KING,

                       Plaintiff,

-against-

THE CITY OF NEW YORK; OMAR MALCOLM, Shield #134; OFFICER PERSAUD, Shield #19032; OFFICER GONZALEZ,

                       Defendants.

1:21-CV-6945 (VSB)

ORDER OF SERVICE

VERNON S. BRODERICK, United States District Judge:

       The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that: (1) the City of New York; (2) Assistant Deputy Warden Omar Malcolm (Shield #134); (3) Correction Officer Persaud (Shield #19032); and (4) Correction Officer Gonzalez (female Correction Officer assigned to the Anna M. Kross Center's Quad Lower 14 cell block as the Officer in Charge on or about August 24, 2018) waive service of summons.

       The Clerk's Office is directed to mail a copy of this order to the Pro Se Plaintiff.

SO ORDERED.

Dated:   October 10, 2021
            New York, New York

                                                VERNON S. BRODERICK
                                              United States District Judge