UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharif King,

                      Plaintiff,

    -against-

The City of New York et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022

1:21-cv-06945 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The above-referenced action has been referred to the undersigned for settlement. (*See* Order of Ref., ECF No. 23) Counsel for Defendants is directed to confer with the *pro se* Plaintiff and, no later than January 31, 2022, file a letter setting forth at least three mutually agreeable dates for a settlement conference to occur.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
                 January 20, 2022

_____
STEWART D. AARON
United States Magistrate Judge