USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharif King,

                Plaintiff,

    -against-

The City of New York et al.,

                Defendants.

1:21-cv-06945 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Defendants' request to adjourn the settlement conference currently scheduled for February 25, 2022 (Letter Motion, ECF No. 30) is GRANTED. The settlement conference is adjourned until March 30, 2022 at 10:00 a.m.

    Accordingly, it is hereby Ordered that the Warden or other official in charge of the Five Points Correctional Facility ("Five Points") produce plaintiff Sharif King, DIN No. 18A4833, on Wednesday, March 30, 2022 at 10:00 a.m., to a suitable location within Five Points that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. At this conference, Judge Aaron will act as a mediator, attempting to help the parties reach agreement on terms of settlement. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Five Points to arrange the call and determine the telephone number at which Plaintiff will be

reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:	New York, New York
	February 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge