UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                :
SHARIF KING,                                           :

                            Plaintiff,     :
                                           :         21-cv-6945 (VSB)
               -against-                     :
                                           :              **ORDER**
CITY OF NEW YORK, et al.,             :

                            Defendants.  :
                                           :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On January 4, 2022, I issued an order directing the parties to meet and confer and, by January 18, 2022, submit (1) a joint letter detailing their plans for discovery and (2) a Case Management Plan and Scheduling Order.  (Doc. 19.)  On January 18, 2022, Defendants submitted a letter stating that they had sent Plaintiff a letter outlining the requirements of my January 4, 2022 order, (*id*.), and proposing a joint letter and Case Management Plan and Scheduling Order to file with the Court.  (Doc. 20.)  Defendants had not received a response from Plaintiff, so Defendants filed Defendants' proposed joint letter and order.  (*See id*.)  On January 19, 2022, I signed the Case Management Plan and Scheduling Order.  (Doc. 22.)  On February 2, 2022, Plaintiff informed the Court that his mailing address had changed and requested an extension of time to file an amended Case Management Plan and Scheduling Order.  (Doc. 27.)  I granted that requested and directed the parties to file an amended order by March 4, 2022. (Doc. 29.)  I indicated that, if I did not receive an amended order by that date, I would deem the original Case Management Plan and Scheduling Order in effect.  (Doc. 29.)  That date has passed and I have not received an amended order.  Accordingly, it is hereby:

ORDERED that the Case Management Plan and Scheduling Order signed on January 19, 2022, (Doc. 22), and all discovery deadlines mentioned therein remain in effect. The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

Dated: March 7, 2022
       New York, New York

Vernon S. Broderick
United States District Judge