UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                              :
SHARIF KING,                               :
                                              :
                               Plaintiff,     :
                                              :             21-cv-6945 (VSB)
             -against-                                 :
                                              :                **ORDER**
THE CITY OF NEW YORK, et al.,          :
                                              :
                             Defendants.   :
                                              :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of pro se Plaintiff's letter dated March 10, 2022 requesting that an amended Case Management Plan and Scheduling Order be entered in this case.  (Doc. 34.)  It is hereby:

       ORDERED that Defendants submit a letter stating their position on Plaintiff's proposed amendments to the Case Management Plan on or before March 21, 2022.  It is further ordered that if Defendants agree with Plaintiff's proposed amendments, Defendants submit an amended Case Management Plan and Scheduling Order on that date for the Court to sign and enter.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:  March 16, 2022
           New York, New York

                                                                         Vernon S. Broderick
                                                                         United States District Judge