UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHARIF KING,

                       Plaintiff,

            -v-

CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------------------------X

21-CV-6945 (VSB)

**ORDER**

<u>VERNONS S. BRODERICK, United States District Judge</u>:

      IT IS HEREBY ORDERED that the Warden or other official in charge of the Five Points Correctional Facility produce inmate Sharif King, DIN No. 18A4833, at a date and time to be determined, at a suitable location within the Five Points Correctional Facility, for purposes of allowing Defendants' counsel to meet and confer with Plaintiff via telephone regarding the settlement in this matter. Defendants' counsel shall transmit this Order to the Warden forthwith and shall contact the Five Points Correctional Facility to arrange for a teleconference at a suitable date and time.

SO ORDERED.

Dated:    May 19, 2022
              New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge