```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SHARIF KING,                                               :
                                                           :
                              Plaintiff,                   :
                                                           :         21-cv-6945 (VSB)
              -against-                                    :
                                                           :              **ORDER**
THE CITY OF NEW YORK, et al.,                              :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On April 5, 2022, the parties in this case informed me they had reached a settlement. (Doc. 44.) On April 6, 2022, I ordered that the case is discontinued without costs and without prejudice to restoring the action within thirty (30) days. (Doc. 46.) On May 3, 2022, Plaintiff submitted a letter informing me that he had not received the settlement amount and requested that I restore the action. (Doc. 49.) I granted Plaintiff's request and ordered Defendants to make every attempt to meet and confer with Plaintiff to ensure Plaintiff receives the settlement amount. (Doc. 50.) On June 1, 2022, Defendants submitted a status update indicating that the settlement process was close to finalization. (Doc. 54.) I ordered Defendants to submit a status update on or before June 23, 2022 indicating the status of the settlement process and identifying any outstanding issues. (Doc. 55.) That deadline has passed, and Defendants have not filed the status update. Accordingly, it is hereby:

ORDERED that Defendants submit a status update on the conveyance of the settlement check and whether any further issues regarding settlement of the action remain on or before July 5, 2022.

SO ORDERED.

Dated: June 30, 2022
       New York, New York

Vernon S. Broderick
United States District Judge