```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  SHARIF KING,                                              :
                                                            :
                           Plaintiff,                       :
                                                            :            21-cv-6945 (VSB)
                  -against-                                 :
                                                            :                 ORDER
  THE CITY OF NEW YORK, et al.,                             :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On April 5, 2022, the parties in this case informed me they had reached a settlement. (Doc. 44.)  On May 3, 2022, Plaintiff submitted a letter informing me that he had not received the settlement amount and requested that I restore the action.  (Doc. 49.)  On June 1, 2022, Defendants submitted a status update indicating that the settlement process was close to finalization.  (Doc. 54.)  I ordered Defendants to submit a status update on or before June 23, 2022 indicating the status of the settlement process and identifying any outstanding issues.  (Doc. 55.)  Defendants missed that deadline, and I ordered them to submit the status update which they did on July 5, 2022.  (Docs. 57–58.)  Defendants informed me that they had sorted out the issues with the settlement and Plaintiff should promptly receive the check, and I ordered Defendants to submit another status update by August 1, 2022 informing me whether the settlement had been finalized.  (Docs. 60–61.)  Defendants have again missed this deadline.  It is hereby:

      ORDERED that, on or before August 10, 2022, Defendants submit a status update on the conveyance of the settlement check and whether any further issues regarding settlement of the action remain.  Defendants are further ordered to comply with all Court Orders and deadlines.

SO ORDERED.

Dated: August 8, 2022
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge